# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| JOYCE R. CARTER | CIVIL ACTION NO. 05-0301-A |
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that the decision of the Commissioner is AFFIRMED, Plaintiff's applications are DENIED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SIGNED on this 21st day of February, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE