UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOYCE R. CARTER | CIVIL ACTION NO. 05-0301-A |
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART | MAGISTRATE JUDGE KIRK |

## CORRECTED JUDGMENT

It has come to the Court's attention that the Judgment signed February 21, 2006 (Document No. 9) contains clerical errors that render the Judgment internally inconsistent. Under the provisions of Fed. R. Civ. P. 60(a) and the Court's inherent power to control its docket, the February 21, 2006 Judgment (Document No. 9) is hereby CORRECTED as follows:

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that the decision of the Commissioner is VACATED and that the captioned matter is REMANDED to the Commissioner for further proceedings.

SIGNED on this 7th day of March, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge